| AO-10<br>Rev. 1/91 | **FINANCIAL DISCLOSURE REPORT** | Report Required by the Ethics<br>Reform Act of 1989, Pub. L. No.<br>101-194, November 30, 1989<br>(5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>EDMUNDS, NANCY G. | 2. Court or Organization<br>United States District Court<br>Eastern District of Michigan | 3. Date of Report<br><br>09/12/91 |
|---|---|---|
| 4. Title (Article III judges indicate active or<br>senior status; Magistrate judges indicate<br>full- or part-time)<br><br>active | 5. Report Type (check appropriate type)<br>_X_ Nomination, Date 09/11/91<br>_X_ Initial ___ Annual ___ Final | 6. Reporting Period<br><br><br>09/90 - 09/91 |
| 7. Chambers or Office Address<br>Current: Dykema Gossett<br>505 N. Woodward, Ste. 3000<br>Bloomfield Hills, MI 48304 | If confirmed: U.S. Courthouse<br>231 Lafayette Boulevard<br>Detroit, MI 48226 | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ **NONE** (No reportable positions)

| Partner | Dykema Gossett (will resign upon confirmation) |
|---|---|
| Board of Control | Saginaw Valley State University |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ **NONE** (No reportable agreements)

| | My partnership entitles me to six months additional compensation after my withdrawal. That amount will be paid in a lump sum before I take judicial office. |
|---|---|

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|

☐ **NONE** (No reportable non-investment income)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1990 | Partnership draw, Dykema Gossett | $ 130,000 |
| 1991 (through 08/31/91) | Partnership draw, Dykema Gossett | $ 114,660 |
| 1990 | Partnership share, Carson, Fischer, Potts (S) | $ |
| 1991 | Partnership share, Carson, Fischer, Potts (S) | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>EDMUNDS, NANCY G. | Date of Report<br>09/12/91 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| XX  NONE  (No cash reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| XX  NONE  (No cash reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities) | | |
| First of America  (J) | First Line/Line of Credit | J |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES:  J = $15,000 or less,   K = $15,001 to $50,000,   L = $50,001 to $100,000,   M = $100,001 to $250,000<br>N = $250,001 to $500,000,   O = $500,001 to $1,000,000,   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>EDMUNDS, NANCY G. | Date of Report<br>09/12/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (includes those of spouse and dependent children; see pp. 18-37 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.;<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain:<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 American Electric Power (S) | A | Div. | J | T | | | | | |
| 2 Consolidated Edison (S) | A | Div. | J | T | | | | | |
| 3 Detroit Edison (S) | A | Div. | J | T | | | | | |
| 4 FPL Group (S) | A | Div. | J | T | | | | | |
| 5 K Mart | A | Div. | J | T | | | | | |
| 6 Ohio Edison | A | Div. | J | T | | | | | |
| 7 SCE Corp. (S) | A | Div. | J | T | | | | | |
| 8 Mathers (J) | A | Div. | J | T | | | | | |
| 9 20th Century Select (DC) | B | Div. | K | T | Buy | | J | | |
| 10 20th Century Select (DC) | B | Div. | K | T | Buy | | J | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| (See Col. B1 & D4) | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=more than $1,000,000 |
| 2 Value Codes: | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| (See Col. C1 & D3) | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=more than $1,000,000 | |
| 3 Value Method Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| (See Col. C2) | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

**167**

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | EDMUNDS, NANCY G. | 09/12/91 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature *Nancy G. Edmunds*          Date   09/12/91

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:      Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

___

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 20 | 080 | 00 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | 12 | 775 | 00 |
| | | | | Notes payable to relatives | | | |
| Listed securities—add schedule | 81 | 696 | 00 | Notes payable to others | | | |
| Unlisted securities—add schedule | | | | Accounts and bills due | | | |
| Accounts and notes receivable: | | | | Unpaid income tax | | | |
| Due from relatives and friends | | | | Other unpaid tax and interest | | | |
| Due from others | | | | Real estate mortgages payable—add schedule | 259 | 659 | 00 |
| Doubtful | | | | | | | |
| Real estate owned—add schedule | 419 | 600 | 00 | Chattel mortgages and other liens payable | 4 | 280 | 00 |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 95 | 000 | 00 | Mastercard | 2 | 600 | 00 |
| Cash value—life insurance | 4 | 493 | 00 | | | | |
| Other assets—itemize: | | | | | | | |
| IRA — Nancy Edmunds | 11 | 975 | 00 | | | | |
| IRA — William Edmunds | 15 | 355 | 00 | | | | |
| Capital Acct. Dykema Gossett | 20 | 720 | 00 | Total liabilities | 279 | 314 | 00 |
| | | | | Net worth | 389 | 605 | 00 |
| Total assets | 668 | 919 | 00 | Total liabilities and net worth | 668 | 919 | 00 |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | None | | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |